EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :          Chapter 13

*Pearl M. Speaks*                               :
                                                :
                                                :
                                                :
          Debtor                                :    Bankruptcy No.  15- 17899(elf)

PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. SECTIONS 1325(a)(6), 1325(a)(8) AND (a)(9)

*Mark M. Billion*

I, [Name of Debtor or Debtor's Attorney], upon my oath according to law, hereby certify
as follows in connection with the confirmation hearing scheduled for  *8/23/16 @ 1 p.m.*
in the above-referenced case:

1.     The above-named debtor(s) will be able to make all payments under the plan and
       to comply with the plan.

2.     The above-named debtor(s) has/have paid all post petition amounts that are
       required to be paid under any and all Domestic Support Obligations.

3.     The above-named debtor(s) has/have filed all applicable Federal, State, and local
       tax returns, as required by 11 U.S.C. Section 1308.

4.     If the confirmation hearing date stated above is adjourned for any reason, and the
       information herein changes, an updated Certification will be provided to the
       standing trustee prior to any subsequent Confirmation hearing date.

5.     If this Certification is being signed by counsel of debtor(s), counsel certifies that
       debtor(s) was/were duly questioned about the statements in this Certification and
       supplied answers consistent with this Certification.

DATED:   8/23/16                        BY: _____

Revised 04/24/06