**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: PEARL M. SPEAKS, | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 15-17899 ELF |

# O R D E R

**AND NOW,** it is hereby **ORDERED** that:

1. On or before **September 6, 2016**, the Debtor shall file any amended proof of claim with respect to Claim No. 4 and any proposed amended chapter 13 plan.

2. The hearing on confirmation of the Debtor's proposed chapter 13 plan is **CONTINUED** to **October 4, 2016, at 1:00 p.m.**

Date: August 24, 2016

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**