## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | ) | |
|---|---|---|
| Pearl M. Speaks | ) | 15-17899 (elf) |
| | ) | |
| A Delaware resident, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | Proof of Claim: 9-1 |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 9-1: "BILLION LAW"

The captioned document, of Proof of Claim No. 9-1 "Billion Law" is hereby withdrawn.

August 24, 2016

BILLION LAW

_____
Mark M. Billion (PA Bar No. 315152)
922 New Road, 2nd Floor
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
markbillion@billionlaw.com

*For the Plaintiff-Debtor*