United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-17899-elf
Pearl M. Speaks                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey              Page 1 of 2              Date Rcvd: Aug 24, 2016
                             Form ID: pdf900           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2016.
db           +Pearl M. Speaks,    1911 W. Sparks Street,    Philadelphia, PA 19141-1303
13780004     +Billion Law,    922 New Road,    Suite 2,    Wilmington, DE 19805-5199
13626301     +CitiMortgage, Inc.,    PO Box 9438,    Gaithersburg, MD 20898-9438
13762037     +City of Philadelphia,    PO BOX 41496,    Philadelphia, PA 19101-1496
13626304     +Lease Rental,    45 Haverhill Street,    Andover, MA 01810-1499
13762036     +MTGLQ Investors, L.P.,    85 Broad Street,    New York, NY 10004-2434
13626305     +Philadelphia Gas Works,    1800 N. 9th Street,    Philadelphia, PA 19122-2099
13626306     +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13637868     +Shellpoint Mortgage Servicing,    PO BOX 1410,    Troy, MI 48099-1410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Aug 25 2016 01:59:45     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 25 2016 01:59:13
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 25 2016 01:59:31     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 25 2016 10:44:28
               Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
13717547     +E-mail/Text: bankruptcy@phila.gov Aug 25 2016 01:59:45
               CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY UNIT - MSB,
               1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13626300     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 25 2016 02:01:47
               Capital One Auto Finance,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
13628874     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 25 2016 10:44:28
               Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
               Arlington, TX 76006-1347
13653063     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 25 2016 10:44:47
               Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
               Arlington, TX 76006-1347
13626366     +E-mail/Text: bankruptcy@cavps.com Aug 25 2016 01:59:28     Cavalry Investments, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13637867     +E-mail/Text: apotter@philapark.org Aug 25 2016 01:59:54     City of Philadelphia,
               PO BOX 41818,    Philadelphia, PA 19101-1818
13626302     +E-mail/Text: bankruptcy@phila.gov Aug 25 2016 01:59:44     City of Philadelphia- Tax Revenue,
               Municipal Services Building,    1401 John F. Kennedy Blvd.,    Philadelphia, PA 19102-1617
13626303     +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 25 2016 01:59:55
               Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
13644407     +E-mail/Text: apotter@philapark.org Aug 25 2016 01:59:54     Philadelphia Parking Authority,
               701 Market St. Suite 5400,    Philadelphia, PA 19106-2895
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Stacey                Page 2 of 2                  Date Rcvd: Aug 24, 2016
                              Form ID: pdf900             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2016 at the address(es) listed below:

      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      MARK MATTHEW BILLION    on behalf of Debtor Pearl M. Speaks markbillion@billionlaw.com, mmb21167@fastpacer.us
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                               TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     PEARL M. SPEAKS,          :     Chapter 13
                                     :
           Debtor                    :     Bky. No. 15-17899 ELF

# O R D E R

**AND NOW,** it is hereby **ORDERED** that:

1. On or before **September 6, 2016**, the Debtor shall file any amended proof of claim with respect to Claim No. 4 and any proposed amended chapter 13 plan.

2. The hearing on confirmation of the Debtor's proposed chapter 13 plan is **CONTINUED** to **October 4, 2016, at 1:00 p.m.**

Date: August 24, 2016

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**