United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-17899-elf
Pearl M. Speaks                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey            Page 1 of 1           Date Rcvd: Mar 02, 2017
                       Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2017.
db             +Pearl M. Speaks,    1911 W. Sparks Street,    Philadelphia, PA 19141-1303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2017 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARK MATTHEW BILLION    on behalf of Debtor Pearl M. Speaks markbillion@billionlaw.com,
               mmb21167@fastpacer.us
              THOMAS I. PULEO    on behalf of Creditor    MTGLQ INVESTORS, L.P. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                           TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    PEARL M. SPEAKS, | : | |
|        Debtor | : | Bky. No.  15-17899 ELF |

**O R D E R**

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$2,555.00**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$ 493.00** which was paid by the Debtor prepetition, to the extent such distribution is authorized by the terms of the confirmed chapter 13 plan.

**Date: March 2, 2017**

                                                  **ERIC L. FRANK**
                                                **CHIEF U.S. BANKRUPTCY JUDGE**