```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                              Case No. 15-17899-elf
Pearl M. Speaks                                                     Chapter 13
                Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2           User: Stacey                 Page 1 of 2                  Date Rcvd: May 15, 2019
                               Form ID: 138NEW              Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db             +Pearl M. Speaks,    1911 W. Sparks Street,    Philadelphia, PA 19141-1303
cr             +MTGLQ INVESTORS, L.P.,    c/o ShellPoint Mortgage Servicing,    PO BOX 10826,
                 GREENVILLE, SC 29603-0826
13780004       +Billion Law,    922 New Road,    Suite 2,   Wilmington, DE 19805-5199
13626301       +CitiMortgage, Inc.,    PO Box 9438,    Gaithersburg, MD 20898-9438
13626304       +Lease Rental,    45 Haverhill Street,    Andover, MA 01810-1499
13810297        MTGLQ Investors, L.P,    c/o Shellpoint Mortgage Serving,    PO Box 10826,
                 Greenville, SC 29603-0826
13762036       +MTGLQ Investors, L.P.,    85 Broad Street,    New York, NY 10004-2434
13626305       +Philadelphia Gas Works,    1800 N. 9th Street,    Philadelphia, PA 19122-2099
13626306       +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13637868       +Shellpoint Mortgage Servicing,    PO BOX 1410,    Troy, MI 48099-1410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 15 2019 08:18:40     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 15 2019 08:17:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 15 2019 08:18:33     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 15 2019 08:09:08
                 Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
cr              E-mail/PDF: acg.acg.ebn@americaninfosource.com May 15 2019 08:07:21
                 Capital One Auto Finance c/o AIS Portfolio Service,     P.O. BOX 4360,    Houston, TX 77210-4360
13762037        E-mail/Text: megan.harper@phila.gov May 15 2019 08:18:40     City of Philadelphia,
                 PO BOX 41496,    Philadelphia, PA 19101
13717547       +E-mail/Text: megan.harper@phila.gov May 15 2019 08:18:40
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,     BANKRUPTCY UNIT - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13653063       +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 15 2019 08:07:21
                 Capital One Auto Finance,    c/o AIS Portfolio Services, LP,    4515 N. Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
13626300       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com May 15 2019 08:08:14
                 Capital One Auto Finance,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
13628874       +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 15 2019 08:09:09
                 Capital One Auto Finance, a division of Capital On,     P.O. Box 201347,
                 Arlington, TX 76006-1347
13626366       +E-mail/Text: bankruptcy@cavps.com May 15 2019 08:18:26     Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13637867       +E-mail/Text: bankruptcy@philapark.org May 15 2019 08:19:20     City of Philadelphia,
                 PO BOX 41818,    Philadelphia, PA 19101-1818
13626302       +E-mail/Text: megan.harper@phila.gov May 15 2019 08:18:40     City of Philadelphia- Tax Revenue,
                 Municipal Services Building,    1401 John F. Kennedy Blvd.,    Philadelphia, PA 19102-1617
13626303       +E-mail/Text: bankruptcy_notifications@ccsusa.com May 15 2019 08:19:31
                 Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
13644407       +E-mail/Text: bankruptcy@philapark.org May 15 2019 08:19:21     Philadelphia Parking Authority,
                 701 Market St. Suite 5400,    Philadelphia, PA 19106-2895
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                  Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Stacey              Page 2 of 2               Date Rcvd: May 15, 2019
                              Form ID: 138NEW           Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARK MATTHEW BILLION    on behalf of Debtor Pearl M. Speaks markbillion@billionlaw.com,
               mmb21167@fastpacer.us
              THOMAS I. PULEO    on behalf of Creditor    MTGLQ INVESTORS, L.P. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Pearl M. Speaks
       Debtor(s)                    Bankruptcy No: 15−17899−elf
                                                      Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                            900 Market Street
                                Suite 400
                            Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                        For The Court
                                                        Timothy B. McGrath
                                                           Clerk of Court

Dated: 5/14/19

                                                                                            92 − 90
                                                                      Form 138_new