United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 15-17899-elf
Pearl M. Speaks Chapter 13
 Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2 User: Stacey Page 1 of 1 Date Rcvd: Oct 30, 2019
 Form ID: 195 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2019.
db +Pearl M. Speaks, 1911 W. Sparks Street, Philadelphia, PA 19141-1303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2019 at the address(es) listed below:
 JASON BRETT SCHWARTZ on behalf of Creditor Capital One Auto Finance
 jschwartz@mesterschwartz.com
 JOSHUA ISAAC GOLDMAN on behalf of Creditor MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com,
 bkgroup@kmllawgroup.com
 MARK MATTHEW BILLION on behalf of Debtor Pearl M. Speaks markbillion@billionlaw.com,
 mmb21167@fastpacer.us
 THOMAS I. PULEO on behalf of Creditor MTGLQ INVESTORS, L.P. tpuleo@kmllawgroup.com,
 bkgroup@kmllawgroup.com
 United States Trustee USTPRegion03.PH.ECF@usdoj.gov
 WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
 TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Pearl M. Speaks : Case No. 15–17899–elf
    Debtor(s)

***ORDER***
_____

AND NOW, this day , October 30, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court